IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**STEPHANIE GOREE**     **PLAINTIFF**

**V.**     **CIVIL ACTION NO.1:17-CV-93-SA -DAS**

**CITY OF VERONA, ET AL.**     **DEFENDANTS**

**ORDER DIRECTING RESTRICTED FILING**

The court has before it motions to reopen and reinstate a case to the active docket, and a motion to enforce a settlement agreement. While the parties disagree about much, there is agreement that the amount of any settlement was to be confidential. Additionally, at the evidentiary hearing on these motions, counsel for the defendants requested that if the hearing is transcribed it be either filed as sealed, restricted or redacted. The plaintiff did not oppose this request for relief.

**IT IS ORDERED** as follows:

1. The report and recommendation in this matter shall be filed as restricted to the parties in this action.

2. In the event that a transcript of the evidentiary hearing is requested, the transcript shall likewise be filed as restricted to the parties.

**SO ORDERED** this the 10th day of August, 2020.

/s/ David A. Sanders
**U.S. MAGISTRATE JUDGE**