# United States Court of Appeals for the Fifth Circuit

A True Copy
Certified order issued Nov 13, 2020

Clerk, U.S. Court of Appeals, Fifth Circuit

No. 20-90040

STEPHANIE GOREE,

*Plaintiff—Respondent*,

*versus*

CITY OF VERONA; J. B. LONG, IN HIS INDIVIDUAL CAPACITY,

*Defendants—Petitioners*.

Motion for Leave to Appeal
from an Interlocutory Order
USDC No. 1:17-CV-93

Before DENNIS, SOUTHWICK, and ENGELHARDT, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that the petitioners' motion for leave to appeal from the interlocutory order of the United States District Court of the Northern District of Mississippi, entered on October 13, 2020, is DENIED.

IT IS FURTHER ORDERED that the petitioners' motion to place Exhibit A to the motion under seal is GRANTED.

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 13, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 20-90040 Stephanie Goree v. City of Verona, et al
USDC No. 1:17-CV-93

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: Mary Stewart
Mary C. Stewart, Deputy Clerk
504-310-7694

Mr. Gregory Todd Butler
Mr. David Crews
Mr. Jason Thomas Marsh
Mr. C. Emanuel Smith