IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

STEPHANIE GOREE                                                                                   PLAINTIFF

V.                                                                    CIVIL ACTION NO. 1:17-cv-93-SA-DAS

CITY OF VERONA, et al.                                                                          DEFENDANTS

JUDGMENT

A jury tried this case with the undersigned judge presiding, and the jury rendered a verdict on October 15, 2021. In accordance with the verdict rendered in this case, judgment is hereby entered in favor of the Defendants, the City of Verona and J.B. Long. This CASE is CLOSED.

SO ORDERED, this the 19th day of October, 2021.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE