United States District Court for the Northern District of Mississippi
Aberdeen Division
File Number 1:17cv00093

| | |
|---|---|
| Stephanie Goree,, Plaintiff<br><br>v.<br><br>City of Verona, et al., Defendant | Notice of Appeal |

  Notice is hereby given that Stephanie Goree in the above named case, hereby appeals to the United States Court of Appeals for the 5th Circuit from the Judgment in favor of City of Verona and J.B. Long against Stephanie Goree entered in this action on the 19th day of October, 2021.

       (s) Eugene A. Laurenzi
       Attorney for Stephanie Goree
       Address: 50 N. Front Street, Suite 800,
       Memphis, TN 38103

[***Note to inmate filers:*** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]