IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

STEPHANIE GOREE                                                        PLAINTIFF

V.                                                CIVIL ACTION NO. 1:17-cv-93-SA-DAS

CITY OF VERONA, et al.                                              DEFENDANTS

ORDER

The Plaintiff, Stephanie Goree, has filed a *Pro Se* Motion [205] requesting copies of certain documents on the docket in this case. Goree filed the Motion [205] in a *pro se* capacity, despite being represented by counsel.

Although all parties in federal courts possess a statutory right to "plead and conduct their own cases personally or by counsel," this Court has previously prohibited parties who are represented by counsel from also filing *pro se* pleadings. 28 U.S.C. § 1654; *see Howard v. Epps*, 2010 WL 2640231, at *1 (N.D. Miss. June 28, 2010); *see also U.S. v. Hodges*, 2016 WL 7339884, at *1 (E.D. Tex. Nov. 9, 2016) (noting, in a criminal case, that a defendant does not have the right to hybrid representation).

Although the above-referenced cases were criminal cases, the Court sees no need to depart from the sound logic underlying the prohibition on hybrid representation. The Motion [205] is denied *without prejudice*.

SO ORDERED, this the 18th day of January, 2022.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE